# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

SUSAN PAGE,                                  :

                     Plaintiff,

    -vs-

UNIMERICA INSURANCE
COMPANY, *et al.*,

                     Defendants.        :

Case No. 3:12-cv-103

District Judge Walter Herbert Rice
Magistrate Judge Michael R. Merz

## PRE-HEARING ORDER

This matter is set for evidentiary hearing on June 27, 2013 (Notice, 4/10/2013).  In the Order in which the Court indicated an evidentiary hearing would be necessary, the Magistrate Judge indicated that live testimony would be needed from both Susan Page and Philip Brown (Order, Doc. No. 40, PageID 545).  In order that the evidentiary hearing proceed in an orderly fashion and that the Court be prepared for it, it is hereby ORDERED that, not later than June 21, 2013, each party file a list of the witnesses to be called at the hearing and a list of the documentary evidence to be presented.  (If any listed documents have previously been filed in the case, they shall be identified in the list by the PageID number assigned to them by the Electronic Case Filing system.)  After the lists are filed, counsel shall consult with one another in an effort to resolve any evidentiary objections to the documents.  Copies of the documents to be offered, bound, tabbed, and marked as require for trial exhibits in this Court's General Order Day

12-01 (available at www.ohsd.uscourts.gov), shall be deposited with Courtroom Deputy Clerk Kelly Kopf not later than 4:00 p.m. on Tuesday, June 25, 2013.

June 12, 2013.

s/ *Michael R. Merz*<br>
United States Magistrate Judge